1   RICHARD D. McCUNE, (#132124)
    rdm@mccunewright.com
2   JAE (EDDIE) K. KIM, (#236805)
    jkk@mccunewright.com
3   MCCUNEWRIGHT LLP
    2068 Orange Tree Lane, Suite 216
4   Redlands, California 92374
    Telephone: (909) 557-1250
5   Facsimile: (909) 557-1275

6   Attorneys for Plaintiffs William Dickel
    and Joseph Copeland

7

JS-6

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11

| | |
|---|---|
| 12  WILLIAM DICKEL and JOSEPH COPELAND, individually and on 13  behalf of all others similarly situated, | No. 8:13-cv-01529-PA-JPR |
| 14         Plaintiffs, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| 15      vs. | |
| 16  KIA MOTORS AMERICA, INC., and DOES 1 through 10, inclusive, | Hon. Percy Anderson |
| 17         Defendant. | |
| 18 | |
| 19 | |

20

21

22

23

24

25

26

27

28

H0032334.

1        THE COURT is in receipt of Plaintiffs' Notice of Voluntary Dismissal with

2    Prejudice.  Accordingly, it is hereby ORDERED that this action is dismissed with

3    prejudice.

4

5        IT IS SO ORDERED.

6

7        DATED: January 17, 2014

8

9                                         _____

10                                        The Honorable Percy Anderson
                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H0032334.

-1-
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE